UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

LEXINGTON INSURANCE COMPANY and
TRAVLERS PROPERTY CASUALTY COMPANY
OF AMERICA as subrogees of Jones Lang
LaSalle Management Services, Inc.,

            Plaintiffs,

   -against-

LOCHINVAR CORPORATION, AMBASSADOR
CONSTRUCTION CO., INC., DiGIACOMO & SON,
INC. and MANHATTAN MECHNICAL SERVICE,
INC.,

           Defendants.

------------------------------------------------------------- x

**JUDGE DANIELS**

**07 CIV 9737**

: Case No.: ___ Civ. ____ ( )

: **RULE 7.1 STATEMENT**



NOV 02 2007
U.S.D.C. S.D.N.Y.
CASHIERS

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (private non-governmental parties) certifies as follows:

      1.    Lexington Insurance Company is 70% owned by National Union Fire Insurance Company of Pittsburgh, PA, 20% by The Insurance Company of the State of Pennsylvania and 10% by Birmingham Fire Insurance Company. National Union Fire Insurance and the Insurance Company of The State of Pennsylvania are 100% owned by American International Group, Inc., which is a publicly traded company.

NEWY1-635179-1

2.   Travelers Property Casualty Company of America certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: The St. Paul Travelers Companies, Inc.

Dated: New York, New York
       October 30, 2007

>                                ROBINSON & COLE LLP
>
>                                By: _____
>                                Michael B. Golden (MG-0633)
>                                Attorneys for Plaintiffs
>                                885 Third Avenue, 28th Floor
>                                New York, NY 10022
>                                (212) 451-2900