UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
:
LEXINGTON INSURANCE COMPANY and
TRAVLERS PROPERTY CASUALTY COMPANY : Case No.: 07 Civ. 9737 (GBD)
OF AMERICA as subrogees of Jones Lang
LaSalle Management Services, Inc., : **AMENDED**
**RULE 7.1 STATEMENT**
           Plaintiffs, :

     -against- :

LOCHINVAR CORPORATION, AMBASSADOR :
CONSTRUCTION CO., INC., DiGIACOMO & SON,
INC. and MANHATTAN MECHNICAL SERVICE, :
INC.,
:
           Defendants.
:
------------------------------------------------------------------ x

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (private non-governmental parties) certifies as follows:

    1.    Lexington Insurance Company is 70% owned by National Union Fire Insurance Company of Pittsburgh, PA, 20% by The Insurance Company of the State of Pennsylvania and 10% by Birmingham Fire Insurance Company. National Union Fire Insurance and the Insurance Company of The State of Pennsylvania are 100% owned by American International Group, Inc., which is a publicly traded company.

NEWY1-635179-1

2. Travelers Property Casualty Company of America certifies that it is an indirect wholly-owned subsidiary of The Travelers Companies, Inc. a publicly trade company.

Dated: New York, New York
November 7, 2007

ROBINSON & COLE LLP

By: _____
Michael B. Golden (MG-0633)
Attorneys for Plaintiffs
885 Third Avenue, 28th Floor
New York, NY 10022
(212) 451-2900