UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA as subrogees of Jones Lang LaSalle Management Services, Inc., | Case No. 07 CV 9737<br><br>RULE 7.1 STATEMENT<br>(G.B.D.) |

          Plaintiffs.

  -against-

LOCHINVAR CORPORATION,
AMBASSADOR CONSTRUCTION CO., INC.,
DiGIACOMO & SON, INC. and
MANHATTAN MECHANICAL SERVICE,
INC.,

          Defendants.

------------------------------------------------------------x

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, MANHATTAN MECHANICAL SERVICE, INC., certifies as follows:

  1. MANHATTAN MECHANICAL SERVICE, INC. is a privately owned corporation. It has no parent corporation. It is not publically traded.

Dated: New York, New York
   December 10, 2007

            ABRAMS, GORELICK, FRIEDMAN &
            JACOBSON, P.C.
            Attorneys for Defendant
            Manhattan Mechanical Service, Inc.

            By: _____
              Michael E. Gorelick (MEG-6026)
            Christopher Christofides, Esq. (CC-5355)

(CC-5355)  
One Battery Park Plaza – 4th Floor  
New York, New York 10004  
(212) 422-1200

TO: MICHAEL B. GOLDEN, ESQ.  
ROBINSON & COLE, LLP.  
Attorneys for Plaintiff  
885 Third Avenue, 28th Floor  
New York, New York 10022  
(212) 451-2900

RENDE, RYAN & DOWNES, LLP.  
Attorneys for Defendant  
Lochinvar Corporation  
202 Mamaroneck Avenue  
White Plains, New York 10601

S. DiGIACOMO & SON, INC.  
101 Park Avenue  
New York, New York 10178

AMBASSADOR CONSTRUCTION CO., INC.  
317 Madison Avenue – 12th Floor  
New York, New York 10017

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

Gerardo Soler, being duly sworn, deposes and says:

I am not a party to the within action; I am over 18 years of age; I reside in Bronx, New York.

On December 10, 2007, I served the within Rule 7.1 Statement upon:

MICHAEL B. GOLDEN, ESQ.
ROBINSON & COLE, LLP.
Attorneys for Plaintiff
885 Third Avenue, 28th Floor
New York, New York 10022
(212) 451-2900

RENDE, RYAN & DOWNES, LLP.
Attorneys for Defendant
Lochinvar Corporation
202 Mamaroneck Avenue
White Plains, New York 10601

S. DiGIACOMO & SON, INC.
101 Park Avenue
New York, New York 10178

AMBASSADOR CONSTRUCTION CO., INC.
317 Madison Avenue – 12th Floor
New York, New York 10017

at the above address(es) by depositing a true copy of same, enclosed in a properly addressed postpaid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Gerardo Soler

Sworn to before me this
10th day of December, 2007

_____
Notary Public

Marisa Carpentiere
Notary Public, State of New York
No. 02CA5034572
Qualified in Queens County
Commission Expires September 8, 2008