UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
LEXINGTON INSURANCE COMPANY
and TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA
a/s/o Jones Lang LaSalle Management Services, Inc.,

        Plaintiff,

-against-

LOCHINVAR CORPORATION, AMBASSADOR
CONSTRUCTION CO., INC. DIGIACOMO & SON,
Inc., and MANHATTAN MECHANICAL SERVICE,
Inc.

        Defendants.
-------------------------------------X

Case No. 07cv9737(GBD)

**STIPULATION EXTENDING TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED that, the time for defendants, AMBASSADOR CONSTRUCTION COMPANY to appear and to answer, amend or supplement its answer as of course to make any motion with relation to the Complaint in this action, be extended up to and including the 15th day of January, 2008.

Dated: New York, New York
      December 17, 2007

ROBINSON & COLE LLP
Michael B. Golden, Esq. (MG0633)
Attorneys for Plaintiffs
LEXINGTON TRAVELERS INSURANCE CO.
885 Third Avenue, 28th Floor
New York, NY 10022
(212) 451-2900
Fax: (212) 451-2999

BRODY, BENARD & BRANCH, LLP
Matthew F. Rice, Esq. (MR9476)
Attorneys for Defendant
AMBASSADOR CONSTRUCTION COMPANY
205 Lexington Avenue 4th Floor
New York, New York 10016
(212) 679-7007
Fax: (212) 679-7123

DEC 2 0 2007
SO ORDERED,

Hon. George B. Daniels
United States District Judge

HON. GEORGE B. DANIELS

280974.1