# ROBINSON & COLE



MICHAEL B. GOLDEN

885 Third Avenue
Suite 2800
New York, NY 10022
Main (212) 451-2900
Fax (212) 451-2999
mgolden@rc.com
Direct (212) 451-2911

January 14, 2008

**SO ORDERED**

**By Hand**

The conference is adjourned to
February 27, 2008 at 9:30 a.m.

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

JAN 1 7 2008  *[signature]*

HON. GEORGE B. DANIELS

Re: **Lexington Insurance Company and Travelers Property Casualty Company of America as subrogees of Jones Lang LaSalle Management Services, Inc. v. Lochinvar Corporation, et al.
United States District Court, Southern District of New York
Case No.: 07 Civ. 9737 (GBD)**

Dear Judge Daniels:

    We represent plaintiff and are writing to respectfully request a one month adjournment of the pretrial conference, presently scheduled for January 23, 2008.

    The reason for our request is that in our original complaint, we had apparently misnamed the DiGiacomo defendant. That defendant apparently consists of two related companies, which are now properly named in our amended complaint, a copy of which is enclosed.

    The two DiGiacomo defendants were served on January 7, 2008, and we would respectfully request a one month adjournment of the conference to permit time for counsel for those defendants to appear.



*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

WHITE PLAINS

NEW YORK CITY

SARASOTA

www.rc.com

NEWY1-635363-1

Case 1:07-cv-09737-GBD   Document 12   Filed 01/17/2008   Page 2 of 2

Honorable George B. Daniels
January 14, 2008
Page 2

    For Your Honor's information, defendants Manhattan Mechanical and Ambassador were served on November 19, and counsel for Lochinvar, while not formally accepting service, advises that he will be filing his answer to the amended complaint this week.

Very truly yours,

*Michael Golden*

Michael B. Golden

MBG:kc
Enc.
cc:    Roland T. Koke, Esq. (via facsimile: 914-681-0875)
        Attorney for Lochinvar Corporation
    Matthew Rice, Esq. (via facsimile: 212-679-7123)
        Attorney for Ambassador
    Chris Christofides, Esq. (via facsimile: 212-968-7573)
        Attorney for Manhattan Mechanical