Matthew F. Rice, Esq. (MFR 9476)
BRODY, BENARD & BRANCH, LLP
Attorneys for Defendants
*AMBASSADOR CONSTRUCTION CO., INC.*
205 Lexington Avenue, 4th Floor
New York, New York 10016

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LEXINGTON INSURANCE COMPANY and TRAVELERS
PROPERTY CASUALTY COMPANY OF AMERICA as
subrogees of Jones Lang LaSalle Management Services, Inc.,

                                      **Plaintiffs,**

    -against-

LOCHINVAR CORPORATION, AMBASSADOR
CONSTRUCTION CO., INC., F. DIGIACOMO & SONS, INC.,
S. DIGIACOMO & SON, INC. and MANHATTAN
MECHANICAL SERVICE, INC.,

                                      **Defendants.**
------------------------------------------------------------X

Case No: 07 CIV 9737

**RULE 7.1 STATEMENT**
**(GBD)**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, AMBASSADOR CONSTRUCTION CO., INC., certifies as follows:

      AMBASSADOR CONSTRUCTIONI CO., INC. is a privately owned corporation. It has no parent corporation. It is not publicly traded.

Dated: New York, New York
         January 22, 2008

                                      Yours, etc.

                                        _____/S_____
                                        Matthew F. Rice, Esq.(MFR 9476)
                                        Attorneys for Defendants
                                        AMBASSADOR CONSTRUCTION CO., INC.
                                        205 Lexington Avenue, 4th Floor
                                        New York, New York 10016
                                        (212) 679-7007

280487.1

TO:   Michael B. Golden, Esq. (MG-0633)
      ROBINSON & COLE, LLP
      Attorneys for Plaintiffs
      885 Third Avenue, Suite 2800
      New York, New York 10022
      (212) 451-2900

      Chris Christofides, Esq.
      ABRAMS GORELICK FRIEDMAN
      & JACOBSON, P.C.
      Attorneys for MANHATTAN MECHANICAL
      SERVICE, INC.
      One Battery Park Plaza, 4th Floor
      New York, New York 10004

      Roland T. Koke, Esq.
      RENDE, RYAN & DOWNES, LLP.
      Attorneys for Defendant
      LOCHINVAR CORPORATION
      202 Mamaroneck Avenue
      White Plains, New York 10601

      S. DiGIACOMO & SON, INC.
      101 Park Avenue
      New York, New York 10178

280487.1