Matthew F. Rice, Esq. (MFR 6563)
BRODY, BENARD & BRANCH, LLP
Attorneys for Defendants
*AMBASSADOR CONSTRUCTION CO., INC.*
205 Lexington Avenue, 4th Floor
New York, New York 10016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

LEXINGTON INSURANCE COMPANY and TRAVELERS
PROPERTY CASUALTY COMPANY OF AMERICA as
subrogees of Jones Lang LaSalle Management Services, Inc.,

            Plaintiffs,

  -against-

LOCHINVAR CORPORATION, AMBASSADOR
CONSTRUCTION CO., INC., F. DIGIACOMO & SONS,
INC., S. DIGLIACOMO & SON, INC. and MANHATTAN
MECHANICAL SERVICE, INC.,

            Defendants.

------------------------------------------------------------------------X

Case No.: 07 CIV 9737
(GBD) (THK)

**NOTICE TO TAKE
DEPOSITION UPON
ORAL EXAMINATION**

    **PLEASE TAKE NOTICE**, that pursuant to the Federal Rules of Evidence, the testimony, upon oral examination of LOCHINVAR CORPORATION, will be taken before a Notary Public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, to be held at the offices of **BRODY BENARD & BRANCH LLP, 205 Lexington Avenue, 4th Floor, New York, New York, (212) 679-7007, on the 13th day of March, 2008, at 10:00 o'clock** in the forenoon of that day, with respect to evidence material and necessary in the prosecution/defense of this action.

280487.1

That said person to be examined is required to produce at such examination the following: all papers, documents, records, reports, written statements, correspondence, photographs, diagrams, etc. relating to the within action.

Dated: New York, New York
January 22, 2008

                                      Yours, etc.

                                        _____/S_____
                                        Matthew F. Rice, Esq.(MFR 9476)
                                        Attorneys for Defendants
                                        AMBASSADOR CONSTRUCTION CO., INC.
                                        205 Lexington Avenue, 4th Floor
                                        New York, New York 10016
                                        (212) 679-7007
                                        Our File No.: 736.40342

TO:    Michael B. Golden, Esq. (MG-0633)
        ROBINSON & COLE, LLP
        Attorneys for Plaintiffs
        885 Third Avenue, Suite 2800
        New York, New York 10022
        (212) 451-2900

        Chris Christofides, Esq.
        ABRAMS GORELICK FRIEDMAN
        & JACOBSON, P.C.
        Attorneys for MANHATTAN MECHANICAL
        SERVICE, INC.
        One Battery Park Plaza, 4th Floor
        New York, New York 10004

        Roland T. Koke, Esq.
        RENDE, RYAN & DOWNES, LLP.
        Attorneys for Defendant
        LOCHINVAR CORPORATION
        202 Mamaroneck Avenue
        White Plains, New York 10601

        S. DiGIACOMO & SON, INC.
        101 Park Avenue
        New York, New York 10178

280487.1

Matthew F. Rice, Esq. (MFR 6563)
**BRODY, BENARD & BRANCH, LLP**
Attorneys for Defendants
*AMBASSADOR CONSTRUCTION CO., INC.*
205 Lexington Avenue, 4th Floor
New York, New York 10016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LEXINGTON INSURANCE COMPANY and TRAVELERS
PROPERTY CASUALTY COMPANY OF AMERICA as
subrogees of Jones Lang LaSalle Management Services, Inc.,

                               Plaintiffs,

-against-

LOCHINVAR CORPORATION, AMBASSADOR
CONSTRUCTION CO., INC., F. DIGIACOMO & SONS,
INC., S. DIGLIACOMO & SON, INC. and MANHATTAN
MECHANICAL SERVICE, INC.,

                               Defendants.
------------------------------------------------------------------X

Case No.: 07 CIV 9737
(GBD) (THK)

**NOTICE TO TAKE
DEPOSITION UPON
ORAL EXAMINATION**

**PLEASE TAKE NOTICE**, that pursuant to the Federal Rules of Evidence, the testimony, upon oral examination of F. DiGIACOMO & SONS, INC., will be taken before a Notary Public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, to be held at the offices of **BRODY BENARD & BRANCH LLP, 205 Lexington Avenue, 4th Floor, New York, New York, (212) 679-7007, on the 13th day of March, 2008, at 10:00 o'clock** in the forenoon of that day, with respect to evidence material and necessary in the prosecution/defense of this action.

280487.1

That said person to be examined is required to produce at such examination the following: all papers, documents, records, reports, written statements, correspondence, photographs, diagrams, etc. relating to the within action.

Dated: New York, New York
January 22, 2008

                                         Yours, etc.

                                          _____/S_____
                                          Matthew F. Rice, Esq.(MFR 9476)
                                          Attorneys for Defendants
                                          AMBASSADOR CONSTRUCTION CO., INC.
                                          205 Lexington Avenue, 4th Floor
                                          New York, New York 10016
                                          (212) 679-7007
                                          Our File No.: 736.40342

TO:    Michael B. Golden, Esq. (MG-0633)
        ROBINSON & COLE, LLP
        Attorneys for Plaintiffs
        885 Third Avenue, Suite 2800
        New York, New York 10022
        (212) 451-2900

        Chris Christofides, Esq.
        ABRAMS GORELICK FRIEDMAN
        & JACOBSON, P.C.
        Attorneys for MANHATTAN MECHANICAL
        SERVICE, INC.
        One Battery Park Plaza, 4th Floor
        New York, New York 10004

        Roland T. Koke, Esq.
        RENDE, RYAN & DOWNES, LLP.
        Attorneys for Defendant
        LOCHINVAR CORPORATION
        202 Mamaroneck Avenue
        White Plains, New York 10601

        S. DiGIACOMO & SON, INC.
        101 Park Avenue
        New York, New York 10178

280487.1

Matthew F. Rice, Esq. (MFR 6563)
**BRODY, BENARD & BRANCH, LLP**
Attorneys for Defendants
*AMBASSADOR CONSTRUCTION CO., INC.*
205 Lexington Avenue, 4th Floor
New York, New York 10016

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LEXINGTON INSURANCE COMPANY and TRAVELERS
PROPERTY CASUALTY COMPANY OF AMERICA as
subrogees of Jones Lang LaSalle Management Services, Inc.,

          Plaintiffs,

 -against-

LOCHINVAR CORPORATION, AMBASSADOR
CONSTRUCTION CO., INC., F. DIGIACOMO & SONS,
INC., S. DIGLIACOMO & SON, INC. and MANHATTAN
MECHANICAL SERVICE, INC.,

          Defendants.
-----------------------------------------------------------------X

Case No.: 07 CIV 9737
(GBD) (THK)

**NOTICE TO TAKE**
**DEPOSITION UPON**
**ORAL EXAMINATION**

**PLEASE TAKE NOTICE**, that pursuant to the Federal Rules of Evidence, the testimony, upon oral examination of MANHATTAN MECHANICAL SERVICE, INC., will be taken before a Notary Public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, to be held at the offices of **BRODY BENARD & BRANCH LLP, 205 Lexington Avenue, 4th Floor, New York, New York, (212) 679-7007, on the 13th day of March, 2008, at 10:00 o'clock** in the forenoon of that day, with respect to evidence material and necessary in the prosecution/defense of this action.

280487.1

That said person to be examined is required to produce at such examination the following: all papers, documents, records, reports, written statements, correspondence, photographs, diagrams, etc. relating to the within action.

Dated: New York, New York
January 22, 2008

                                      Yours, etc.

                                      _____/S_____
                                      Matthew F. Rice, Esq.(MFR 9476)
                                      Attorneys for Defendants
                                      AMBASSADOR CONSTRUCTION CO., INC.
                                      205 Lexington Avenue, 4th Floor
                                      New York, New York 10016
                                      (212) 679-7007
                                      Our File No.: 736.40342

TO:    Michael B. Golden, Esq. (MG-0633)
        ROBINSON & COLE, LLP
        Attorneys for Plaintiffs
        885 Third Avenue, Suite 2800
        New York, New York 10022
        (212) 451-2900

        Chris Christofides, Esq.
        ABRAMS GORELICK FRIEDMAN
        & JACOBSON, P.C.
        Attorneys for MANHATTAN MECHANICAL
        SERVICE, INC.
        One Battery Park Plaza, 4th Floor
        New York, New York 10004

        Roland T. Koke, Esq.
        RENDE, RYAN & DOWNES, LLP.
        Attorneys for Defendant
        LOCHINVAR CORPORATION
        202 Mamaroneck Avenue
        White Plains, New York 10601

        S. DiGIACOMO & SON, INC.
        101 Park Avenue
        New York, New York 10178

280487.1

Matthew F. Rice, Esq. (MFR 6563)
**BRODY, BENARD & BRANCH, LLP**
Attorneys for Defendants
*AMBASSADOR CONSTRUCTION CO., INC.*
205 Lexington Avenue, 4th Floor
New York, New York 10016

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
**LEXINGTON INSURANCE COMPANY and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA as subrogees of Jones Lang LaSalle Management Services, Inc.,**

                                           **Plaintiffs,**

     -against-

**LOCHINVAR CORPORATION, AMBASSADOR CONSTRUCTION CO., INC., F. DIGIACOMO & SONS, INC., S. DIGLIACOMO & SON, INC. and MANHATTAN MECHANICAL SERVICE, INC.,**

                                           **Defendants.**
-----------------------------------------------------------------X

Case No.: 07 CIV 9737
(GBD) (THK)

**NOTICE TO TAKE**
**DEPOSITION UPON**
<u>**ORAL EXAMINATION**</u>

      **PLEASE TAKE NOTICE**, that pursuant to the Federal Rules of Evidence, the testimony, upon oral examination of S. DiGIACOMO & SON, INC., will be taken before a Notary Public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, to be held at the offices of **BRODY BENARD & BRANCH LLP, 205 Lexington Avenue, 4th Floor, New York, New York, (212) 679-7007, on the 13th day of March, 2008, at 10:00 o'clock** in the forenoon of that day, with respect to evidence material and necessary in the prosecution/defense of this action.

280487.1

That said person to be examined is required to produce at such examination the following: all papers, documents, records, reports, written statements, correspondence, photographs, diagrams, etc. relating to the within action.

Dated: New York, New York
January 22, 2008

> Yours, etc.
>
> _____/S_____
> Matthew F. Rice, Esq.(MFR 9476)
> Attorneys for Defendants
> AMBASSADOR CONSTRUCTION CO., INC.
> 205 Lexington Avenue, 4th Floor
> New York, New York 10016
> (212) 679-7007
> Our File No.: 736.40342

TO:  Michael B. Golden, Esq. (MG-0633)
ROBINSON & COLE, LLP
Attorneys for Plaintiffs
885 Third Avenue, Suite 2800
New York, New York 10022
(212) 451-2900

Chris Christofides, Esq.
ABRAMS GORELICK FRIEDMAN
& JACOBSON, P.C.
Attorneys for MANHATTAN MECHANICAL
SERVICE, INC.
One Battery Park Plaza, 4th Floor
New York, New York 10004

Roland T. Koke, Esq.
RENDE, RYAN & DOWNES, LLP.
Attorneys for Defendant
LOCHINVAR CORPORATION
202 Mamaroneck Avenue
White Plains, New York 10601

S. DiGIACOMO & SON, INC.
101 Park Avenue
New York, New York 10178

280487.1