Matthew F. Rice, Esq. (MFR 9476)
BRODY, BENARD & BRANCH, LLP
Attorneys for Defendants
*AMBASSADOR CONSTRUCTION CO., INC.*
205 Lexington Avenue, 4th Floor
New York, New York 10016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LEXINGTON INSURANCE COMPANY
and TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA
a/s/o Jones Lang LaSalle Management Services, Inc.,          Case No. 07cv9737(GBD)

                        Plaintiffs,                               JURY
                                                          DEMAND

     -against-

LOCHINVAR CORPORATION, AMBASSADOR
CONSTRUCTION CO., INC. DIGIACOMO & SON, Inc.,
and MANHATTAN MECHANICAL SERVICE, Inc.

                        Defendants.
-----------------------------------------------------------------X

       PLEASE TAKE NOTICE that defendant, **AMBASSADOR CONSTRUCTION COMPANY**, hereby demands a trial by jury on all issues.

Dated: New York, New York
       January 22, 2008

                                      Yours,

                                      **BRODY, BENARD & BRANCH LLP**

                                      _____/S_____
                                      By:    MATTHEW F. RICE (MR9476)
                                      Attorneys for Defendant
                                      **AMBASSADOR CONSTRUCTION COMPANY**
                                      205 Lexington Avenue, 4th Floor
                                      New York, NY 10010
                                      (212) 679-7007
                                      Fax: (212) 679-7123

280487.1

To:   Michael B. Golden, Esq. (MG-0633)
      ROBINSON & COLE, LLP
      Attorneys for Plaintiffs
      885 Third Avenue, Suite 2800
      New York, New York 10022
      (212) 451-2900

      Chris Christofides, Esq.
      ABRAMS GORELICK FRIEDMAN
      & JACOBSON, P.C.
      Attorneys for MANHATTAN MECHANICAL
      SERVICE, INC.
      One Battery Park Plaza, 4th Floor
      New York, New York 10004

      Roland T. Koke, Esq.
      RENDE, RYAN & DOWNES, LLP.
      Attorneys for Defendant
      LOCHINVAR CORPORATION
      202 Mamaroneck Avenue
      White Plains, New York 10601

      S. DiGIACOMO & SON, INC.
      101 Park Avenue
      New York, New York 10178

280487.1