Matthew F. Rice, Esq. (MFR 9476)
BRODY, BENARD & BRANCH, LLP
Attorneys for Defendants
*AMBASSADOR CONSTRUCTION CO., INC.*
205 Lexington Avenue, 4th Floor
New York, New York 10016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LEXINGTON INSURANCE COMPANY
and TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA
a/s/o Jones Lang LaSalle Management Services, Inc.,    Case No. 07cv9737(GBD)

                Plaintiffs,    NOTICE OF
                                                APPEARANCE

    -against-

LOCHINVAR CORPORATION, AMBASSADOR
CONSTRUCTION CO., INC. DIGIACOMO & SON, Inc.,
and MANHATTAN MECHANICAL SERVICE, Inc.

                Defendants.
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE that defendant, **AMBASSADOR CONSTRUCTION COMPANY**, hereby appear in the above-entitled action, and that the undersigned attorney has been retained as the attorney for said defendant.

Dated:   New York, New York
           January 22, 2008

                                      Yours,

                                      **BRODY, BENARD & BRANCH LLP**

                                      /S
                                By:   MATTHEW F. RICE (MR9476)
                                Attorneys for Defendant
                                **AMBASSADOR CONSTRUCTION COMPANY**
                                205 Lexington Avenue, 4th Floor
                                New York, NY 10010
                                (212) 679-7007
                                Fax: (212) 679-7123

280487.1

To:     Michael B. Golden, Esq. (MG-0633)
        ROBINSON & COLE, LLP
        Attorneys for Plaintiffs
        885 Third Avenue, Suite 2800
        New York, New York 10022
        (212) 451-2900

        Chris Christofides, Esq.
        ABRAMS GORELICK FRIEDMAN
        & JACOBSON, P.C.
        Attorneys for MANHATTAN MECHANICAL
        SERVICE, INC.
        One Battery Park Plaza, 4th Floor
        New York, New York 10004

        Roland T. Koke, Esq.
        RENDE, RYAN & DOWNES, LLP.
        Attorneys for Defendant
        LOCHINVAR CORPORATION
        202 Mamaroneck Avenue
        White Plains, New York 10601

        S. DiGIACOMO & SON, INC.
        101 Park Avenue
        New York, New York 10178

280487.1