UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

LEXINGTON INSURANCE COMPANY and
TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA as subrogees of Jones Lang LaSalle          **RULE 7.1 STATEMENT**
Management Services, Inc.

                                    Plaintiffs,

                                                              Docket No.: 07 CIV 9737

                   -against-


LOCHINVAR CORPORATION, AMBASSADOR
CONSTRUCTION CO., INC., DiGIACOMO & SON,
INC., and MANHATTAN MECHANICAL SERVICE,
INC.,

                                    Defendants.
------------------------------------------------------------------------X
          Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to

enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or

recusal, the undersigned counsel for defendant, LOCHINVAR CORPORATION, certifies as

follows:

          1.  LOCHINVAR CORPORATION is a privately owned corporation.  It has no

parent corporation.  It is not publicly traded.

Dated:  March 7, 2008
          White Plains, New York

                                        Yours, etc.,

                                        RENDE, RYAN & DOWNES, LLP.


                                         By: ___/S_____
                                               ROLAND T. KOKE (RK 1068)
                                        Attorneys for Defendant
                                        LOCHINVAR CORPORATION
                                        202 Mamaroneck Avenue
                                        White Plains, New York 10601
                                        (914) 681-0444

To:     ROBINSON & COLE, LLP
        Attorneys for Plaintiff
        885 Third Avenue, 28th Floor
        New York, New York 10022
        Attention: Michael B. Golden, Esq.
        212-451-2900

        BRODY, BENARD & BRANCH
        Attorneys for Defendant
        AMBASSADOR CONSTRUCTION CO., INC.
        205 Lexington Avenue, 4th Floor
        New York, New York 10016
        Attention: Matthew Rice, Esq.

        ABRAMS, GORELICK, FRIEDMAN &
        JACOBSON, P.C.
        Attorneys for Defendant
        MANHATTAN MECHANICAL SERVICE, INC.
        One Battery Park Plaza, 4th Floor
        New York, New York 10004
        Attention: Michael E. Gorelick, Esq.