

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEXINGTON INSURANCE COMPANY, et al.,

        Plaintiffs,

        -against-

LOCHINVAR CORPORATION, et al.,

        Defendants.
------------------------------------------------------------X

Case No. 07 CIV 9737
(Judge Daniels)

AFFIDAVIT OF SERVICE

STATE OF TENNESSEE    )
        S.S.:
COUNTY OF DAVIDSON    )

_Paul H. Ivey_, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 5th day of March, 2008, at approximately the time of 1:05 PM, deponent served a true copy of the SUMMONS IN A CIVIL CASE AND AMENDED COMPLAINT upon LOCHINVAR CORPORATION at 300 Maddox Simpson Parkway, Lebanon, TN, by personally delivering and leaving the same with _Patty Berteau_ who informed deponent that SHE holds the position of _Executive Man._ with that company and is authorized by appointment to receive service at that address.

_Patty Berteau_ is a _White/Female_, approximately _60_ years of age, stands approximately _5_ feet _4_ inches tall, weighs approximately _140_ pounds with _Brown_ hair.

_[signature]_
PROCESS SERVER

Sworn to before me this
_12_ day of March, 2008

_[signature]_
NOTARY PUBLIC
My commission expires: 3-22-2010

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com