UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
LEXINGTON INSURANCE COMPANY and TRAVELERS
PROPERTY CASUALTY COMPANY OF AMERICA, as
subrogees of Jones Lang, LaSalle Management Services, Inc.,

Case No.: 07 CV 1275

Plaintiff,   **NOTICE OF APPEARANCE**

-against-

LOCHINVAR CORPORATION, AMBASSADOR
CONSTRUCTION CO., INC., F. DIGIACOMO & SONS,
INC., S. DIGIACOMO & SON, INC. and MANHATTAN
MECHANICAL SERVICE, INC.

Defendants
-------------------------------------------------------------------------X

**To the Clerk of the Court and all parties of record:**

PLEASE TAKE NOTICE, that Defendant S. DiGiacomo & Son, Inc., hereby appears in this action, and that the undersigned law firm has been retained as attorneys for said defendant.

PLEASE TAKE FURTHER NOTICE, that the undersigned attorney, Beth L. Rex, appears as lead counsel in this case for S. DiGiacomo & Son, Inc. I certify I am admitted to practice in this Court.

Dated: New York, New York
April 4, 2008

FRENCH & RAFTER, LLP

BY: _____
Beth L. Rex, Esq. (BLR 2025)
Attorneys for Defendant
**S. DiGiacomo & Son, Inc.**
29 Broadway, 27th Floor
New York, New York 10006
212-797-3544
File No.: 8400.1147

TO:

    Michael B. Golden (MG-0633)
    Robinson & Cole, LLP
    Attorneys for Plaintiffs
    885 Third Avenue, Suite 2800
    New York, New York 10022
    (212) 451-2900

    Matthew Rice, Esq.
    Brody Benard & Branch
    Attorneys for Defendant
    Ambassador Construction Co., Inc.
    205 Lexington Avenue, 4th Floor
    New York, New York 10016
    (212) 679-7007

    Chris Christofides, Esq.
    Abrams Gorelick Friedman & Jacobson, P.C.
    Attorneys for Defendant
    Manhattan Mechanical Services, Inc.
    One Battery Park Plaza, 4th Floor
    New York, New York 10004

    Roland T. Koke, Esq.
    Rende Ryan & Downes, LLP
    Attorneys for Defendant
    Lochinvar Corporation
    202 Mamaroneck
    White Plains, New York 10601
    (914) 681-0444