USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 0 9 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

LEXINGTON INSURANCE COMPANY and
TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA as subrogees of Jones Lang
LaSalle Management Services, Inc.,

                    Plaintiff,

        -against-

LOCHINVAR CORPORATION, AMBASSADOR
CONSTRUCTION CO., INC., F. DIGIACOMO &
SONS, INC., S. DIGIACOMO & SON, INC. and
MANHATTAN MECHANICAL SERVICE, INC.

                    Defendants

-----------------------------------------------------X

Case No.: 07 CV 9737
(GBD)(THK)

**STIPULATION EXTENDING
TIME TO ANSWER
COMPLAINT**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for all parties,

that Defendant, S. DIGIACOMO & SON, INC.'s time to answer, appear, or otherwise move with

respect to the Summons and Amended Complaint and Plaintiff's Claims against Defendant S.

DIGIACOMO & SON, INC., is hereby extended through and including **April 25, 2008.**

Dated: New York, New York
      April 4, 2008

ROBINSON & COLE, LLP

BY: _____

    Michael B. Golden (MG-0633)
    Attorneys for **Plaintiffs**
    885 Third Avenue, Suite 2800
    New York, New York 10022
    (212) 451-2900

FRENCH & RAFTER, LLP

BY: _____

    Beth L. Rex, Esq. (BLR 2025)
    Attorneys for Defendant
    **S. DiGiacomo & Son, Inc.**
    29 Broadway, 27th Floor
    New York, New York 10006
    212-797-3544
    File No.: 8400.1147

BRODY BENARD & BRANCH

RENDE RYAN & DOWNES, LLP

BY: _____

BY: _____

Matthew Rice, Esq.
Attorneys for Defendant
**Ambassador Construction Co., Inc.**
205 Lexington Avenue, 4th Floor
New York, New York 10016
(212) 679-7007

Roland T. Koke, Esq.
Attorneys for Defendant
**Lochinvar Corporation**
202 Mamaroneck
White Plains, New York 10601
(914) 681-0444

ABRAMS GORELICK FRIEDMAN &
JACOBSON, P.C.

BY _____

Chris Christofides, Esq.
Attorneys for Defendant
**Manhattan Mechanical Services, Inc.**
One Battery Park Plaza, 4th Floor
New York, New York 10004

APR 3 0 2008

SO ORDERED:

_____
U.S.D.J.

**HON. GEORGE B. DANIELS**