UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LEXINGTON INSURANCE COMPANY and
TRAVELERS PROPERTY CASUALTY COMPANY             **RULE 7.1 STATEMENT**
OF AMERICA as subrogees of Jones Lang
LaSalle Management Services, Inc.,                                Case No.: 07 CV 9737
                        Plaintiffs,              (GBD)(THK)

      -against-

LOCHINVAR CORPORATION, AMBASSADOR
CONSTRUCTION CO., INC., F. DIGIACOMO &
SONS, INC., S. DIGIACOMO & SON, INC. and
MANHATTAN MECHANICAL SERVICE, INC.

                       Defendants.
-------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned is counsel for Defendant S. DiGiacomo & Son, Inc., a private non-governmental entity. It is further stated that S. DiGiacomo & Son, Inc. is not a publicly held corporation and no other corporation owns 10% or more of its stock.

Dated: New York, New York
       April 23, 2008

                                      Yours etc.,

                                      FRENCH & RAFTER, LLP

              By: _____
                               Beth L. Rex (BLR 2025)
                               Attorneys for Defendants
                               **S. DiGiacomo & Son, Inc.**
                               29 Broadway, 27th Floor
                               New York, New York 10006
                               212-797-3544
                               File #: 8400.1147

TO:
    Michael B. Golden (MG-0633)
    Robinson & Cole, LLP
    Attorneys for Plaintiffs
    885 Third Avenue, Suite 2800
    New York, New York 10022
    (212) 451-2900

    Matthew Rice, Esq.
    Attorneys for Defendant
    **Ambassador Construction Co., Inc.**
    205 Lexington Avenue, 4th Floor
    New York, New York 10016
    (212) 679-7007

    Roland T. Koke, Esq.
    Attorneys for Defendant
    **Lochinvar Corporation**
    202 Mamaroneck Avenue
    White Plains, New York 10601
    (914) 681-0444

    Abrams Gorelick Friedman & Jacobson, P.C.
    Attorneys for Defendant
    **Manhattan Mechanical Services, Inc.**
    One Battery Park Plaza, 4th Floor
    New York, New York 10004