UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LEXINGTON INSURANCE COMPANY and
TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA as subrogees of Jones Lang LaSalle
Management Services, Inc.

                              Plaintiffs,

                -against-

LOCHINVAR CORPORATION, AMBASSADOR
CONSTRUCTION CO., INC., DiGIACOMO & SON,
INC., and MANHATTAN MECHANICAL SERVICE,
INC.,

                              Defendants.
------------------------------------------------------------------------X

**ANSWER TO DEFENDANT, S. DIGIACOMO & SONS, INC.'S CROSS-CLAIMS**

Docket No.: 07 CIV 9737

       Defendant, LOCHINVAR CORPORATION, by their attorneys, RENDE, RYAN & DOWNES, LLP, answering the Cross Claims of defendant, S. DIGIACOMO & SONS, INC.'S herein upon information and belief:

       1.   Denies each and every allegation contained in the paragraphs designated "30" and "31" thereof.

       WHEREFORE, the defendant, LOCHINVAR CORPORATION, demands judgment against the co-defendant on the Cross Claim plus interest, and against the plaintiff and co-defendants for costs and disbursements.

Dated: May 7, 2008
        White Plains, New York

          Yours, etc.,

          RENDE, RYAN & DOWNES, LLP.


        By: _____/S_____
          ROLAND T. KOKE (RK1068)
         Attorneys for Defendant
         LOCHINVAR CORPORATION
         202 Mamaroneck Avenue
         White Plains, New York 10601
         (914) 681-0444

To: ROBINSON & COLE, LLP
   Attorneys for Plaintiff
   885 Third Avenue, 28th Floor
   New York, New York 10022
   Attention: Michael B. Golden, Esq.
   212-451-2900

   BRODY, BENARD & BRANCH
   Attorneys for Defendant
   AMBASSADOR CONSTRUCTION CO., INC.
   205 Lexington Avenue, 4th Floor
   New York, New York 10016
   Attention: Matthew Rice, Esq.

   ABRAMS, GORELICK, FRIEDMAN &
   JACOBSON, P.C.
   Attorneys for Defendant
   MANHATTAN MECHANICAL SERVICE, INC.
   One Battery Park Plaza, 4th Floor
   New York, New York 10004
   Attention: Michael E. Gorelick, Esq.

   FRENCH & RAFTER, LLP
   Attorneys for Defendant
   S. DIGIACOMO & SON, INC.
   29 Broadway, 27th Floor
   New York, New York 10006
   Attention: Beth L. Rex, Esq.
   212-797-3544
   File # 8400.1147

**CERTIFICATE OF SERVICE**

    This is to certify that on May 8, 2008, a copy of the foregoing **ANSWER TO CROSS-CLAIMS** was served on the following counsel of record via electronic filing and regular mail:

ROBINSON & COLE, LLP
Attorneys for Plaintiff
885 Third Avenue, 28th Floor
New York, New York 10022
Attention: Michael B. Golden, Esq.
212-451-2900

BRODY, BENARD & BRANCH
Attorneys for Defendant
AMBASSADOR CONSTRUCTION CO., INC.
205 Lexington Avenue, 4th Floor
New York, New York 10016
Attention: Matthew Rice, Esq.

ABRAMS, GORELICK, FRIEDMAN &
JACOBSON, P.C.
Attorneys for Defendant
MANHATTAN MECHANICAL SERVICE, INC.
One Battery Park Plaza, 4th Floor
New York, New York 10004
Attention: Michael E. Gorelick, Esq.

FRENCH & RAFTER, LLP
Attorneys for Defendant
S. DIGIACOMO & SON, INC.
29 Broadway, 27th Floor
New York, New York 10006
Attention: Beth L. Rex, Esq.
212-797-3544

                                                   /S
                                    ROLAND T. KOKE (RK1068)
                                    Attorneys for Defendant
                                    LOCHINVAR CORPORATION
                                    202 Mamaroneck Avenue
                                    White Plains, New York 10601
                                    (914) 681-0444