# ROBINSON & COLE LLP



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 2 2008

MICHAEL B. GOLDEN

885 Third Avenue
Suite 2800
New York, NY 10022
Main (212) 451-2900
Fax (212) 451-2999
mgolden@rc.com
Direct (212) 451-2911

May 9, 2008

**SO ORDERED**

The conference is adjourned to
May 29, 2008 at 9:30 a.m.

MAY 1 2 2008  *George B. Daniels*

**HON. GEORGE B. DAN**

*Via Facsimile (212-805-6737)*

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Lexington Insurance Company and Travelers Property Casualty Company of America as subrogees of Jones Lang LaSalle Management Services, Inc. v. Lochinvar Corporation, et al.**
United States District Court, Southern District of New York
Case No.: 07 Civ. 9737 (GBD)

Dear Judge Daniels:

We represent plaintiff and are writing to request a two-week adjournment of the status conference, presently scheduled for Wednesday, May 14 at 9:30.

We appeared before Your Honor on February 27, 2008 at which time we explained that we needed to conduct third-party discovery to identify the proper parties to this suit. We have since served such discovery and have received voluminous documentation from Pequot Capital Management, which we need additional time to review and to draft an appropriate proposed amended complaint.

Thank you for your consideration.

Respectfully submitted,

Michael B. Golden

*Law Offices*

BOSTON
HARTFORD
NEW LONDON
STAMFORD
WHITE PLAINS
NEW YORK CITY
SARASOTA

www.rc.com

MBG:cm

NEWY1-636730-1

Honorable George B. Daniels
May 9, 2008
Page 2

cc:   Roland T. Koke, Esq. (via e-mail rkoke@rrd-law.com)
        Attorney for Lochinvar Corporation
      Matthew Rice, Esq. (via e-mail mrice@bbbnylaw.com)
        Attorney for Ambassador
      Chris Christofides, Esq. (via e-mail cchristofides@agfjlaw.com)
        Attorney for Manhattan Mechanical
      Beth Rex, Esq. (via e-mail BRex@frenchrafter.com)
        Attorney for S. DiGiacomo & Son, Inc.