**CERTIFICATE OF SERVICE**

     This is to certify that on May 30, 2008, a copy of the foregoing **THIRD-PARTY SUMMONS AND COMPLAINT** was served on the following counsel of record via electronic filing and regular mail:

ROBINSON & COLE, LLP
Attorneys for Plaintiff
885 Third Avenue, 28th Floor
New York, New York 10022
Attention: Michael B. Golden, Esq.
212-451-2900

BRODY, BENARD & BRANCH
Attorneys for Defendant
AMBASSADOR CONSTRUCTION CO., INC.
205 Lexington Avenue, 4th Floor
New York, New York 10016
Attention: Matthew Rice, Esq.

ABRAMS, GORELICK, FRIEDMAN &
JACOBSON, P.C.
Attorneys for Defendant
MANHATTAN MECHANICAL SERVICE, INC.
One Battery Park Plaza, 4th Floor
New York, New York 10004
Attention: Michael E. Gorelick, Esq.

FRENCH & RAFTER, LLP
Attorneys for Defendant
S. DIGIACOMO & SONS, INC.
29 Broadway, 27th Floor
New York, New York 10006

              /S_____
              ROLAND T. KOKE (RK1068)
Attorneys for Defendant
LOCHINVAR CORPORATION
202 Mamaroneck Avenue
White Plains, New York 10601
(914) 681-0444