# LOCHINVAR TERMS AND CONDITIONS

1. **Packing and Shipment.** Deliveries shall be made as specified, without charge for boxing, crating, or storage unless otherwise specified; and material shall be suitably packed to secure lowest transportation costs and in accordance with the requirements of the common carriers. Any loss or damage, whenever occurring, which results from Seller's improper packaging or crating shall be borne by Seller. Buyer's order numbers and symbols must be plainly marked on all invoices, packages, bills of lading and shipping orders. Bills of lading must accompany each shipment. Buyer's count or weight shall be final and conclusive on shipments not accompanied by packing lists.

2. **Inspection.** All articles and/or services ordered will be subject to final inspection and approval by Buyer after delivery, notwithstanding prior payment, it being expressly agreed that payment shall not constitute final acceptance. Buyer may reject any article and/or service which contains defective material or workmanship or defects. Buyer may reject all or any part of the entire order, where a consists of a quantity of similar articles, and sample inspection discloses that the whole order, notwithstanding prior acceptance of any part of such order, is defective or does not conform to specification. Rejected articles and/or material or workmanship or do not conform to specification. Rejected articles and/or Seller's risk and expense at full invoice price plus applicable incoming transportation charges, if any. No replacement of defective material and/or service shall be made by Buyer.

3. **Delivery.** Time is of the essence hereof and, except as hereinafter specified delivery shall be strictly in accordance with Buyer's delivery requirement, it being expressly agreed that any departure therefrom at any time and with respect to any part of the order shall entitle Buyer to cancel all or any part of this order, and such cancellation shall in no event constitute a waiver. Buyer reserves the right to specify the schedule specified by Buyer with the result that Buyer is compelled to call upon Seller for express or other premium delivery service, the additional freight and express rates. The Buyer shall have the privilege, if shipment is not made on time to purchase merchandise in the open market in such quantities as they may find necessary not exceeding the amount of the order and hold Seller responsible for the difference. If any, between the prices so paid and the order price. Parts of orders shipped in advance of the delivery schedule may be held at Seller's risk, or refuse deliveries made in advance of the delivery schedule specified in this order. The Buyer reserves the right to reject orders where the delivery date is beyond maturity after the date specified delivery is to be paid unless otherwise agreed until their normal maturity after the date specified for delivery. Neither party shall be liable for delays or defaults due to causes beyond its control and without its fault or negligence, provided, however, that, when the Seller has reason to believe that deliveries will not be made as scheduled, written notice setting forth the cause of the anticipated delay will be given immediately to Buyer.

4. **Warranty.** Seller warrants that it has clear title to all items furnished subject hereto and that they are being delivered free and clear of any encumbrances. Seller warrants that all material and work covered by this order will conform to the specifications, drawings, samples, or other descriptions furnished or specified by Buyer and will be free from defects of material and workmanship and are free from defect. Seller further warrants that all material, equipment, or goods material and workmanship and are free from defect. Seller further warrant that all material will conform to the specifications shown thereof for quantities as they may find necessary the amount specifications will be fit and satisfactory for the purposes intended. All warranties made by Seller shall be deemed to run to Buyer and are collectively referred to as the "Seller's Warranty." Seller's Warranty shall remain in effect for a one (1) year period of time as the item is normally warranted.

5. **Special Tooling.** (a) Unless otherwise herein agreed, special tools, dies, jigs, fixtures and patterns (hereinafter referred to as "Special Tooling") used in the manufacture of said articles shall be furnished by and at the expense of Seller, shall be kept in good condition and when necessary, shall be replaced by Seller without expense to Buyer. Buyer may at any time reimburse Seller for the cost of any Special Tooling, and becomes the owner and entitled to the possession of same. (b) If the price stated on the face of this order includes separately the cost of any Special Tooling fabricated or acquired by Seller for the specific purpose of filling Buyer's order, such Special Tooling shall become the property of Buyer and to the extent feasible, shall be properly identified by Seller. When Buyer's order has been completed, such Special Tooling shall be disposed of as Buyer may direct. When Special tooling becomes the property of Buyer, it shall be assumed and paid all taxes assessed against all such tools while they are in the possession of Seller and to maintain such tools in proper working condition during the period of their use.

6. **Buyer-Furnished Material.** Any material furnished by Buyer on other than a charge basis in connection with Buyer's order will be deemed billed to the Seller for mutual benefit and title thereto shall at all times remain in the Buyer and Seller agrees to pay for such materials spoiled by it or not otherwise specifically accounted for.

7. **Insurance and Taxes.** (a) Seller shall obtain and maintain commercial general liability insurance with a company rated "A+VII" or better by A.M. Best. Such policy shall include a minimum coverage of $1,000,000 per occurrence, which can be met through an umbrella or standard policy or any combination thereof. The insurance shall be evidenced by a Certificate of Insurance naming Lochinvar Corporation as an "Additional Insured" under a blanket additional insured endorsement. (b) Unless prohibited by law, the Seller shall pay all federal, state or local tax, transportation tax, or other tax which is required to be imposed upon the items ordered hereunder, or by reason of their sale or delivery. No Order price shall be deemed to include such taxes.

8. **Changes.** If the articles to be furnished hereunder are to be specially manufactured in accordance with specifications, drawings, or other data supplied by Buyer, Buyer may, from time to time, make changes in accordance with specifications, drawings, or other data supplied by Buyer. Any change in performance resulting from such changes shall be equitably adjusted and the order modified in writing accordingly.

9. **Advertising.** Seller shall not, without first obtaining the written consent of Buyer, in any manner advertise or publish the fact that Seller has furnished or contracted to furnish to Buyer the articles herein mentioned.

10. **Patents.** Seller guarantees that the sale or use of Seller's products will not infringe any U.S. or foreign patent and Seller shall save Buyer harmless from any judgment or decrees that may be entered against Buyer or any of Buyer's vendees, mediate or immediate, and against all costs, expenses and attorney's fees that may upon request, at Seller's expense, defend or assist in the defense of any suit or claim that may be brought against Buyer or Buyer's vendees, mediate or immediate, or against those selling or using Seller's products by reason of any infringement or claim thereof predicated upon the sale or use of Seller's products.

11. [text obscured/redacted]

12. **Maximum Prices.** Seller certifies that the prices charged herein do not exceed the maximum price permissible under any applicable price regulation, government regulations, or other applicable price regulations. If cash discounts for early payment are offered by Seller, Buyer shall begin with the later of the invoice date or receipt of merchandise. Seller does not, by this certification, waive any right or speed granted by law or otherwise.

13. **Compliance with Applicable Laws, etc.** Seller agrees that, in the performance hereof, it will comply with all applicable laws, statutes, rules, regulations or orders of the United States Government or of any state or political subdivision thereof, and same shall be deemed incorporated herein by reference. Without limiting the generality of the foregoing, Seller agrees that it will include all provisions required to be included by law, with respect to the performance of the services covered by this invoice, it has fully complied with all provisions of the Fair Labor Standards Act of 1938, as amended.

14. **Cancellation.** (a) Buyer reserves the right to cancel all or any part of the undelivered portion of Buyer's order whenever deliveries as specified in the schedules of Buyer's order. Including the Seller's Warranty, and shall have the right to terminate the Buyer's order or any part thereof in the event of the happening of any of the following: In the event of the insolvency of Seller, filing of an involuntary petition in bankruptcy, filing of a voluntary petition in bankruptcy, the appointment of a receiver or trustee for Seller, provided such thirty (30) days from the date of filing, the appointment of a receiver or trustee for Seller, provided such an assignment for the benefit of creditors, the execution by Seller of an assignment for the benefit of creditors. (b) This section shall be cumulative and additional to any other or further remedies provided in law or equity. (b) If, in the event of the insolvency of Seller, even though Seller is not in breach of any obligation hereunder. Upon receipt of notice of such cancellation, Seller shall immediately discontinue performance and shall comply with Buyer's instructions concerning disposition of completed items, work in progress and materials acquired pursuant to Buyer's order. In the event of such cancellation, Seller shall be paid an amount in settlement to be mutually agreed upon by the parties which shall cover Seller's reasonable costs of performance incurred prior to cancellation, including the items for which Buyer's order is cancelled plus a reasonable profit based upon such costs. However, said payment shall not exceed the price damages. Seller shall advise the Buyer, in writing, of Seller's claim, if any, for cancellation costs within ten (10) days after receipt of notice of cancellation.

15. **Assignment.** This order may not be assigned by Seller without the consent in writing of Buyer.

16. Seller's rights and remedies contained herein are in addition to, and not in lieu of, any additional rights and remedies Buyer has of may hereafter acquire pursuant to Article 2 of the Uniform Commercial Code or any other applicable law.