UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LEXINGTON INSURANCE COMPANY and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA as subrogees of Jones Lang LaSalle Management Services, Inc.,

                              Plaintiffs,

    -against-

LOCHINVAR CORPORATION, AMBASSADOR CONSTRUCTION CO., INC., F. DIGIACOMO & SONS, INC., S. DIGIACOMO & SON, INC. and MANHATTAN MECHANICAL SERVICE, INC.

                              Defendants.
------------------------------------------------------------------X

Case No.: 07 CIV 9737 (GBD (THK)

**ANSWER TO CROSS-CLAIMS**

        Defendant, **S. DiGiacomo & Son, Inc.**, by its attorneys, FRENCH & RAFTER, LLP, as and for its Answer to Defendant **Ambassador Construction Co., Inc.'s** Cross-Claims, alleges as follows:

### AS AND FOR A RESPONSE TO THE FIRST CAUSE OF ACTION

    1.    Denies the allegations contained in paragraphs designated "56", "57", "58", "59", and "60"".

        **WHEREFORE**, Defendant **S. DiGiacomo & Son, Inc.** demands judgment dismissing the Cross-Claim of Defendant **Ambassador Construction Co., Inc.'s** together with the costs and disbursements of this action.

Dated: New York, New York
       May 29, 2008

                                              Yours, etc.,
                                              FRENCH & RAFTER, LLP

                      BY:    _____
                                              Beth Rex (BR 2025)
                                              Attorneys for Defendant
                                              **S. DiGiacomo & Son, Inc.**
                                              29 Broadway, 27th Floor
                                              New York, New York 10006
                                              (212) 797-3544
                                              File No.: 8400.1147

TO:

    Michael B. Golden (MG-0633)
    Robinson & Cole, LLP
    Attorneys for Plaintiffs
    885 Third Avenue, Suite 2800
    New York, New York 10022
    (212) 451-2900

    Matthew Rice, Esq.
    Attorneys for Defendant
    **Ambassador Construction Co., Inc.**
    205 Lexington Avenue, 4th Floor
    New York, New York 10016
    (212) 679-7007

    Roland T. Koke, Esq.
    Attorneys for Defendant
    **Lochinvar Corporation**
    202 Mamaroneck Avenue
    White Plains, New York 10601
    (914) 681-0444

    Abrams Gorelick Friedman & Jacobson, P.C.
    Attorneys for Defendant
    **Manhattan Mechanical Services, Inc.**
    One Battery Park Plaza, 4th Floor
    New York, New York 10004