UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
LEXINGTON INSURANCE COMPANY and TRAVELERS
PROPERTY CASUALTY COMPANY OF AMERICA as
subrogees of Jones Lang LaSalle Management Services, Inc.,

                                Plaintiffs,

        -against-


LOCHINVAR CORPORATION, AMBASSADOR
CONSTRUCTION CO., INC., F. DIGIACOMO & SONS,
INC., S. DIGIACOMO & SON, INC. and MANHATTAN
MECHANICAL SERVICE, INC.

                                Defendants.

----------------------------------------------------------------------X

Case No.: 07 CIV 9737
(GBD (THK)

**ANSWER TO
CROSS-CLAIMS**

Defendant, **S. DiGiacomo & Son, Inc.**, by its attorneys, FRENCH & RAFTER, LLP,

as and for its Answer to Defendant **Lochinvar Corporation's** Cross-Claims, alleges as follows:

### AS AND FOR A RESPONSE TO THE FIRST CAUSE OF ACTION

1.      Denies the allegations contained in paragraphs designated "28", "29", "30", "31", and

"32".

      **WHEREFORE**, Defendant **S. DiGiacomo & Son, Inc.** demands judgment

dismissing the Cross-Claim of Defendant **Lochinvar Corporation's** together with the costs and

disbursements of this action.

Dated: New York, New York
       May 29, 2008

Yours, etc.,
FRENCH & RAFTER, LLP

BY:  _____

Beth Rex (BR 2025)
Attorneys for Defendant
**S. DiGiacomo & Son, Inc.**
29 Broadway, 27th Floor
New York, New York 10006
(212) 797-3544
File No.: 8400.1147

TO:

Michael B. Golden (MG-0633)
Robinson & Cole, LLP
Attorneys for Plaintiffs
885 Third Avenue, Suite 2800
New York, New York 10022
(212) 451-2900

Matthew Rice, Esq.
Attorneys for Defendant
**Ambassador Construction Co., Inc.**
205 Lexington Avenue, 4th Floor
New York, New York 10016
(212) 679-7007

Roland T. Koke, Esq.
Attorneys for Defendant
**Lochinvar Corporation**
202 Mamaroneck Avenue
White Plains, New York 10601
(914) 681-0444

Abrams Gorelick Friedman & Jacobson, P.C.
Attorneys for Defendant
**Manhattan Mechanical Services, Inc.**
One Battery Park Plaza, 4th Floor
New York, New York 10004