UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
LEXINGTON INSURANCE COMPANY and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA as subrogees of Jones Lang LaSalle Management Services, Inc.,

                          Plaintiffs,

-against-

LOCHINVAR CORPORATION, AMBASSADOR CONSTRUCTION CO., INC., F. DIGIACOMO & SONS, INC., S. DIGIACOMO & SON, INC. and MANHATTAN MECHANICAL SERVICE, INC.

                          Defendants.
---------------------------------------------------------------------X

Case No.: 07 CIV 9737 (GBD (THK)

**ANSWER TO CROSS-CLAIMS**

        Defendant, **S. DiGiacomo & Son, Inc.**, by its attorneys, FRENCH & RAFTER, LLP, as and for its Answer to Defendant **Manhattan Mechanical Service, Inc.'s** Cross-Claims, alleges as follows:

### AS AND FOR A RESPONSE TO THE FIRST CAUSE OF ACTION

1.    Denies the allegations contained in paragraphs designated "55", "56", "57", "58", and "59".

        **WHEREFORE**, Defendant **S. DiGiacomo & Son, Inc.** demands judgment dismissing the Cross-Claim of Defendant **Manhattan Mechanical Service, Inc.'s** together with the costs and disbursements of this action.

Dated: New York, New York
       May 28, 2008

Yours, etc.,
FRENCH & RAFTER, LLP

BY: _____/s/ Beth Rex_____
Beth Rex (BR 2025)
Attorneys for Defendant
**S. DiGiacomo & Son, Inc.**
29 Broadway, 27th Floor
New York, New York 10006
(212) 797-3544
File No.: 8400.1147

TO:

Michael B. Golden (MG-0633)
Robinson & Cole, LLP
Attorneys for Plaintiffs
885 Third Avenue, Suite 2800
New York, New York 10022
(212) 451-2900

Matthew Rice, Esq.
Attorneys for Defendant
**Ambassador Construction Co., Inc.**
205 Lexington Avenue, 4th Floor
New York, New York 10016
(212) 679-7007

Roland T. Koke, Esq.
Attorneys for Defendant
**Lochinvar Corporation**
202 Mamaroneck Avenue
White Plains, New York 10601
(914) 681-0444

Abrams Gorelick Friedman & Jacobson, P.C.
Attorneys for Defendant
**Manhattan Mechanical Services, Inc.**
One Battery Park Plaza, 4th Floor
New York, New York 10004