UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

LEXINGTON INSURANCE COMPANY and
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA as subrogees of Jones
Lang LaSalle Management Services, Inc.,

        Plaintiffs,

-against-

LOCHINVAR CORPORATION, AMBASSADOR
CONSTRUCTION CO., INC., F. DIGIACOMO &
SONS, INC., S. DIGIACOMO & SON, INC. and
MANHATTAN MECHANICAL SERVICE, INC.,

        Defendants.

------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 3 2008

Case No.: 07 Civ. 9737 (GBD)(THK)

**STIPULATION OF DISMISSAL
WITH PREJUDICE ONLY AS TO
DEFENDANTS (i) AMBASSADOR
CONSTRUCTION CO., INC., (ii) F.
DIGIACOMO & SONS, INC. and (iii)
MANHATTAN MECHANICAL
SERVICE, INC.**

**IT IS HEREBY STIPULATED AND AGREED** by and among counsel for all parties who have appeared in this action that, pursuant to Fed. R. Civ. P. 41(a), this action is dismissed only against Ambassador Construction Co., Inc., F. DiGiacomo & Sons, Inc. and Manhattan Mechanical Service, Inc., with prejudice and without costs to any party.

Dated: New York, New York
      May 29, 2008

ROBINSON & COLE LLP

By: _____
Michael B. Golden (MBG-0633)
Attorneys for Plaintiff
885 Third Avenue, Suite 2800
New York, New York 10022
212-451-2900

RENDE RYAN & DOWNES LLP

By: _____
Roland F. Koke, Esq. (RK-1068)
Attorneys for Lochinvar Corporation
202 Mamaroneck Avenue
White Plains, NY 10601
914-681-0444

NEWY1-626859-1

FRENCH & RAFTER, LLP

By: /s/ Beth Rex
Beth Rex, Esq. (BLR-2025)
Attorneys for S. DiGiacomo & Son, Inc.
29 Broadway, 27th floor
New York, NY 10006
212-797-3544, ext. 234

ABRAMS GORELICK FRIEDMAN
& JACOBSON, P.C.

By:_____
Chris Christofides, Esq. (CC-5355)
Attorneys for Manhattan Mechanical
  Services, Inc.
One Battery Park Plaza, 4th floor
New York, NY 10004
212-422-1200

BRODY BENARD & BRANCH LLP

By:_____
Matthew Rice, Esq. (MR-9476)
Attorneys for Ambassador Construction
  Co., Inc.
205 Lexington Avenue, 4th floor
New York, NY 10016
212-679-7007

2

FRENCH & RAFTER, LLP

By:_____
Beth Rex, Esq. (BLR-2025)
Attorneys for S. DiGiacomo & Son, Inc.
29 Broadway, 27th floor
New York, NY 10006
212-797-3544, ext. 234

ABRAMS GORELICK FRIEDMAN
& JACOBSON, P.C.

By:_____
Chris Christofides, Esq. (CC-5355)
Attorneys for Manhattan Mechanical
  Services, Inc.
One Battery Park Plaza, 4th floor
New York, NY 10004
212-422-1200

BRODY BENARD & BRANCH LLP

By:_____
Matthew Rice, Esq. (MR-9476)
Attorneys for Ambassador Construction
  Co., Inc.
205 Lexington Avenue, 4th floor
New York, NY 10016
212-679-7007

2

FRENCH & RAFTER, LLP

By:_____
Beth Rex, Esq. (BLR-2025)
Attorneys for S. DiGiacomo & Son, Inc.
29 Broadway, 27th floor
New York, NY 10006
212-797-3544, ext. 234

ABRAMS GORELICK FRIEDMAN
& JACOBSON, P.C.

By:_____
Chris Christofides, Esq. (CC-5355)
Attorneys for Manhattan Mechanical
  Services, Inc.
One Battery Park Plaza, 4th floor
New York, NY 10004
212-422-1200

BRODY BENARD & BRANCH LLP

By:_____
Matthew Rice, Esq. (MR-9476)
Attorneys for Ambassador Construction
  Co., Inc.
205 Lexington Avenue, 4th floor
New York, NY 10016
212-679-7007

SO ORDERED:

JUN 0 3 2008

/s/ George B. Daniels
U.S.D.J.
HON. GEORGE B. DANIELS

2