Case 1:07-cv-09737-GBD   Document 35   Filed 07/29/2008   Page 1 of 1

07/28/2008  10:54   9146810875

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 9 2008

PAGE 02/02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
LEXINGTON INSURANCE COMPANY and
TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA as subrogees of Jones Lang LaSalle
Management Services, Inc.

                      Plaintiffs,

              -against-

LOCHINVAR CORPORATION, AMBASSADOR
CONSTRUCTION CO., INC., DiGIACOMO & SON,
INC. and MANHATTAN MECHANICAL SERVICE,
INC.,

                      Defendants.
--------------------------------------------------------X
LOCHINVAR CORPORATION,

                      Third-Party Plaintiff,

              -against-

SOUTH ERIE PRODUCTION COMPANY d/b/a
SEPCO ERIE,

                      Third-Party Defendant.
--------------------------------------------------------X

Index: CV-07-9737

(GBD)      (THK)

STIPULATION
EXTENDING
TIME TO ANSWER

       IT IS HEREBY STIPULATED that the time for the third-party defendant, SOUTH ERIE PRODUCTION COMPANY, INC. s/h/a SOUTH ERIE PRODUCTION COMPANY d/b/a SEPCO ERIE, to appear and answer the Third-Party Summons and Complaint in this action, be and the same is hereby extended to and including the 31st day of July 2008. Third-party defendant hereby waives all jurisdictional defenses.

Dated: Syosset, New York
        July 23, 2008

*Roland Koke*
By:   Roland T. Koke (RK-1068)
RENDE, RYAN & DOWNES, LLP
Attorneys for Defendant/Third-Party Plaintiff
LOCHINVAR CORPORATION
202 Mamaroneck Avenue
White Plains, New York 10601
(914) 681-0444

*Richard Koehler*
By: Richard C. Koehler (RCK-0125)
HAMMILL, O'BRIEN, CROUTIER,
DEMPSEY & PENDER, P.C.
Attorneys for Third-Party Defendant
SOUTH ERIE PRODUCTION
COMPANY, INC.
6851 Jericho Turnpike, Suite 250
Syosset, New York 11791
(516) 746-0707
File: 7S-2/2-1284US

JUL 29 2008

*George B. Daniels*
SO ORDERED
HON. GEORGE B. DANIELS