UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LEXINGTON INSURANCE COMPANY and
TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA as subrogees of Jones Lang LaSalle
Management Services, Inc.

Index: CV-07-9737

(GBD)       (THK)

Plaintiffs,

-against-

**RULE 7.1. STATEMENT**

LOCHINVAR CORPORATION,
AMBASSADOR CONSTRUCTION CO., INC.,
DiGIACOMO & SON, INC. and MANHATTAN
MECHANICAL SERVICE, INC.,

Defendants.
------------------------------------------------------------------X
LOCHINVAR CORPORATION,

Third-Party Plaintiff,

-against-

SOUTH ERIE PRODUCTION
COMPANY d/b/a SEPCO ERIE,

Third-Party Defendant.
------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SOUTH ERIE PRODUCTION COMPANY d/b/a SEPCO ERIE (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

**NONE**

Dated: Syosset, New York
July 22, 2008

By: RICHARD C KOEHLER (RCK-0125)