UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LEXINGTON INSURANCE COMPANY and
TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA as subrogees of Jones Lang LaSalle
Management Services, Inc.

                            Plaintiffs,

                -against-

LOCHINVAR CORPORATION,
AMBASSADOR CONSTRUCTION CO., INC.,
DiGIACOMO & SON, INC. and MANHATTAN
MECHANICAL SERVICE, INC.,

                           Defendants.
-------------------------------------------------------------------X
LOCHINVAR CORPORATION,

                    Third-Party Plaintiff,

              -against-

SOUTH ERIE PRODUCTION COMPANY d/b/a
SEPCO ERIE,

                    Third-Party Defendant.
-------------------------------------------------------------------X

Index: CV-07-9737

(GBD)      (THK)

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that third-party defendant, SOUTH ERIE PRODUCTION COMPANY, INC. s/h/a SOUTH ERIE PRODUCTION COMPANY d/b/a SEPCO ERIE, hereby appears in the above-entitled action, and that the undersigned has been retained as Attorneys for said third-party defendant.

Dated: Syosset, New York
         July 23, 2008

                                            Yours etc.,

                                            [signature]
                                            _____
                                      By:   RICHARD C. KOEHLER (RCK-0125)
                                      HAMMILL, O'BRIEN, CROUTIER,
                                      DEMPSEY & PENDER, P.C.
                                      Attorneys for Third-Party Defendant

SOUTH ERIE PRODUCTION COMPANY, INC.
s/h/a SOUTH ERIE PRODUCTION COMPANY
d/b/a SEPCO ERIE
6851 Jericho Turnpike, Suite 250
Syosset, New York 11791
(516) 746-0707
File: 75-2/2-1284US

TO: ROBINSON & COLE, LLP
Attorneys for Plaintiffs
885 Third Avenue, Suite 2800
New York, New York 10022
(212) 451-2900

RENDE, RYAN & DOWNES, LLP
Attorneys for Defendant/Third-Party Plaintiff
LOCHINVAR CORPORATION
202 Mamaroneck Avenue
White Plains, New York 10601
(914) 681-0444

BRODY, BENARD & BRANCH
Attorneys for Defendant
AMBASSADOR CONSTRUCTION CO., INC.
205 Lexington Avenue, 4th Floor
New York, New York 10016
(212) 679-7007

FRENCH & RAFTER, LLP
Attorneys for Defendant
S. DiGIACOMO & SONS, INC.
29 Broadway, 27th Floor
New York, New York 10006
(212) 797-3544

ABRAMS, GORELICK,
FRIEDMAN & JACOBSON, P.C.
Attorneys for Defendant
MANHATTAN MECHANICAL SERVICE, INC.
One Battery Park Plaza, 4th Floor
New York, New York 10004
(212) 968-7573

STATE OF NEW YORK )
                  ) SS.:        AFFIDAVIT OF SERVICE
COUNTY OF NASSAU  )

KIM T. STUCK, being duly sworn, says that deponent is not a party to this action, is over 18 years of age and on July 29, 2008 deponent served the annexed NOTICE OF APPEARANCE upon:

RENDE, RYAN & DOWNES, LLP
202 Mamaroneck Avenue
White Plains, New York 10601

ROBINSON & COLE, LLP
885 Third Avenue, 28th Floor
New York, New York 10022

BRODY, BENARD & BRANCH
205 Lexington Avenue, 4th Floor
New York, New York 10016

FRENCH & RAFTER, LLP
29 Broadway, 27th Floor
New York, New York 10006

ABRAMS, GORELICK,
FRIEDMAN & JACOBSON, P.C.
One Battery Park Plaza, 4th Floor
New York, New York 10004

at the last known address designated by said addressee for that purpose by depositing a true copy of same in a postpaid, properly addressed, sealed wrapper, in a depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

KIM T. STUCK

Sworn to before me this
29 day of July, 2008

Notary Public

MICHAEL J. PENDER
Notary Public, State of New York
No. 41-4922326
Qualified in Queens County
Commission Expires _____