UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LEXINGTON INSURANCE COMPANY and
TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA as subrogees of Jones Lang LaSalle
Management Services, Inc.

                              Plaintiffs,

          -against-

LOCHINVAR CORPORATION, AMBASSADOR
CONSTRUCTION CO., INC., DiGIACOMO & SON,
INC., and MANHATTAN MECHANICAL SERVICE,
INC.,

                              Defendants.
------------------------------------------------------------------------X
LOCHINVAR CORPORATION,

                      Third-party Plaintiff,

          -against-

SOUTH ERIE PRODUCTION COMPANY, d/b/a
SEPCO ERIE
------------------------------------------------------------------------X

**ANSWER TO THIRD-PARTY DEFENDANT'S, COUNTER-CLAIM**

Docket No.: 07 CIV 9737

       Defendant/third-party plaintiff, LOCHINVAR CORPORATION, by their attorneys, RENDE, RYAN & DOWNES, LLP, answering the Counter-Claim of third-party defendant, SOUTH ERIE PRODUCTION COMPANY, d/b/a SEPCO ERIE herein upon information and belief:

       1. Denies each and every allegation contained in the paragraph designated "16" thereof.

       WHEREFORE, the defendant/third-party plaintiff, LOCHINVAR CORPORATION, demands judgment against the third-party defendant on the Counter Claim plus interest, and against the third-party defendant for costs and disbursements.

Dated: August 1, 2008
       White Plains, New York

                                        Yours, etc.,

                                        RENDE, RYAN & DOWNES, LLP.

                                        By: _____/S_____
                                        ROLAND T. KOKE (RK1068)
                                        Attorneys for Defendant/Third-Party
                                        Plaintiff
                                        LOCHINVAR CORPORATION
                                        202 Mamaroneck Avenue
                                        White Plains, New York 10601
                                        (914) 681-0444

To:    ROBINSON & COLE, LLP
         Attorneys for Plaintiff
         885 Third Avenue, 28th Floor
         New York, New York 10022
         Attention: Michael B. Golden, Esq.
         212-451-2900

         BRODY, BENARD & BRANCH
         Attorneys for Defendant
         AMBASSADOR CONSTRUCTION CO., INC.
         205 Lexington Avenue, 4th Floor
         New York, New York 10016
         Attention: Matthew Rice, Esq.

         ABRAMS, GORELICK, FRIEDMAN &
         JACOBSON, P.C.
         Attorneys for Defendant
         MANHATTAN MECHANICAL SERVICE, INC.
         One Battery Park Plaza, 4th Floor
         New York, New York 10004
         Attention: Michael E. Gorelick, Esq.

FRENCH & RAFTER, LLP
Attorneys for Defendant
S. DIGIACOMO & SON, INC.
29 Broadway, 27th Floor
New York, New York 10006
Attention: Beth L. Rex, Esq.
212-797-3544
File # 8400.1147


Hammill, O'Brien, Croutier,
Dempsey & Pender, P.C.
Attorneys for Third-Party Defendant
SOUTH ERIE PRODUCTION COMPANY, INC.
s/h/a SOUTH ERIE PRODUCTION COMPANY,
d/b/a SEPCO ERIE
6851 Jericho Turnpike, Suite 250
Syosset, New York 11791
516-746-0707
File # 75-2/2-1284US

**CERTIFICATE OF SERVICE**

  This is to certify that on August 1, 2008, a copy of the foregoing **ANSWER TO COUNTER-CLAIMS** was served on the following counsel of record via electronic filing:

ROBINSON & COLE, LLP
885 Third Avenue, 28th Floor
New York, New York 10022
Attention: Michael B. Golden, Esq.
212-451-2900

BRODY, BENARD & BRANCH
205 Lexington Avenue, 4th Floor
New York, New York 10016
Attention: Matthew Rice, Esq.

ABRAMS, GORELICK, FRIEDMAN &
JACOBSON, P.C.
One Battery Park Plaza, 4th Floor
New York, New York 10004
Attention: Michael E. Gorelick, Esq.

FRENCH & RAFTER, LLP
29 Broadway, 27th Floor
New York, New York 10006
Attention: Beth L. Rex, Esq.
212-797-3544

Hammill, O'Brien, Croutier,
Dempsey & Pender, P.C.
6851 Jericho Turnpike, Suite 250
Syosset, New York 11791
516-746-0707

        /S
        ROLAND T. KOKE (RK1068)
        Attorneys for Defendant/Third-Party
        Plaintiff
        LOCHINVAR CORPORATION
        202 Mamaroneck Avenue
        White Plains, New York 10601
        (914) 681-0444