UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LEXINGTON INSURANCE COMPANY and TRAVELERS
PROPERTY CASUALTY COMPANY OF AMERICA as
subrogees of Jones Lang LaSalle Management Services, Inc.,

                Case No.: 07 CV 9737
                (GBD (THK)

                 Plaintiffs,


          -against-

                **ANSWER TO**
                **CROSS-CLAIMS**

LOCHINVAR      CORPORATION,      AMBASSADOR
CONSTRUCTION CO., INC., F. DIGIACOMO & SONS,
INC., S. DIGIACOMO & SON, INC. and MANHATTAN
MECHANICAL SERVICE, INC.

                 Defendants.

-----------------------------------------------------------------------X
LOCHINVAR CORPORATION,

              Third-Party Plaintiffs,


          -against-


SOUTH ERIE PRODUCTION COMPANY d/b/a SEPCO
ERIE,

             Third-Party Defendants.


-----------------------------------------------------------------------X


     Defendant, **S. DIGIACOMO & SON, INC.,** by its attorneys, FRENCH & RAFTER,

LLP, as and for its Answer to Defendant **SOUTH ERIE PRODUCTION COMPANY d/b/a**

**SEPCO ERIE'S** Cross-Claims, alleges as follows:

<u>**AS AND FOR A RESPONSE TO THE FIRST CROSS-CLAIM**</u>

1.      Denies the allegations contained in paragraph designated "17".

**AS AND FOR A FIRST CROSS-CLAIM AGAINST**
**CO-DEFENDANTS LOCHINVAR CORPORATION,**
**AMBASSADOR CONSTRUCTION CO., INC., F. DIGIACOMO,**
**AND MANHATTAN MECHANICAL SERVICE, INC.,**
**THIS ANSWERING DEFENDANT ALLEGES AS FOLLOWS**

2.      That if Plaintiffs sustained the damages in the manner and at the time and place

alleged, and if it is found that the answering Defendant, **S. DiGiacomo & Son, Inc.** is liable to

Plaintiffs herein, all of which is specifically denied, then said answering Defendant, on the basis of

apportionment of responsibility for the alleged occurrence, is entitled to contribution from Co-

Defendants, Lochinvar Corporation, Ambassador Construction Co., Inc., F. DiGiacomo, and

Manhattan Mechanical Service, Inc., for any verdict or judgment that Plaintiffs may recover against

the answering Defendant.

**AS AND FOR A SECOND CROSS-CLAIM AGAINST CO-DEFENDANTS**
**CO-DEFENDANTS LOCHINVAR CORPORATION,**
**AMBASSADOR CONSTRUCTION CO., INC., F. DIGIACOMO,**
**AND MANHATTAN MECHANICAL SERVICE, INC.,**
**THIS ANSWERING DEFENDANT ALLEGES AS FOLLOWS**

3.      That if Plaintiffs sustained the damages in the manner and at the time and place

alleged, and if it is found that the answering Defendant, **S. DiGiacomo & Son, Inc.** is liable herein,

all of which is specifically denied, then said answering Defendant, on the basis of common-law

indemnification, is entitled to indemnification from and judgment over and against Co-Defendants, -

Lochinvar Corporation, Ambassador Construction Co., Inc., F. DiGiacomo, and Manhattan

Mechanical Service, Inc., for any verdict or judgment that may be recovered against the answering

Defendant.

**WHEREFORE**, Defendant **S. DIGIACOMO & SON, INC.** demands judgment dismissing

the Cross-Claim of Third-Party Defendant **SOUTH ERIE PRODUCTION COMPANY d/b/a**

**SEPCO ERIE,** of this action and further demands that in the event said answering Defendant is

found liable to Plaintiffs herein, then said answering Defendant on the basis of apportionment of

responsibility and/or the basis of common law indemnification has judgment over and against Co-

Defendants, Lochinvar Corporation, Ambassador Construction Co., Inc., F. DiGiacomo, Manhattan

Mechanical Service, Inc., and South Erie Production Company d/b/a SEPCO Erie, for all or part of

any verdict or judgment against said answering Defendant, together with the costs and disbursements

of this action.

Dated: New York, New York
      August 27, 2008

                Yours, etc.,

                FRENCH & RAFTER, LLP

BY:

                Beth Rex (BR 2025)
                Attorneys for Defendant
                **S. DiGiacomo & Son, Inc.**
                29 Broadway, 27th Floor
                New York, New York 10006
                (212) 797-3544
                File No.: 8400.1147

TO:

      Michael B. Golden (MG-0633)
      Robinson & Cole, LLP
      Attorneys for Plaintiffs
      885 Third Avenue, Suite 2800
      New York, New York 10022
      (212) 451-2900

      Brody, Bernard & Branch
      Attorneys for Defendant
      **Ambassador Construction Co., Inc.**
      205 Lexington Avenue, 4th Floor
      New York, New York 10016
      (212) 679-7007

Rend, Ryan & Downes, LLP
Attorneys for Defendant/Third-Party Plaintiff
**Lochinvar Corporation**
202 Mamaroneck Avenue
White Plains, New York 10601
(914) 681-0444

Abrams Gorelick Friedman & Jacobson, P.C.
Attorneys for Defendant
**Manhattan Mechanical Services, Inc.**
One Battery Park Plaza, 4th Floor
New York, New York 10004
(212) 968-7573

Hammill, O'Brien, Croutier,
Dempsey & Pender, P.C.
Attorneys for Third-Party Defendant
**South Erie Production Company, Inc.**
6851 Jericho Turnpike, Suite 250
P.O. Box 1306
Syosset, New York 11791
(516) 746-0707

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
         )ss:
COUNTY OF NEW YORK )

  **SANDY PEÑA**, being duly sworn, deposes and says:

  That I am not a party to the within action, am over 18 years of age and reside in Queens County, New York.

  That on August 27, 2008, deponent served the within **ANSWER TO CROSS-CLAIMS** upon the attorneys and parties listed below by United States prepaid mail by placing same in a mailbox in the State of New York to:

Michael B. Golden (MG-0633)
Attorneys for Plaintiffs
885 Third Avenue, Suite 2800
New York, New York 10022
(212) 451-2900

Brody, Bernard & Branch
Attorneys for Defendant
**Ambassador Construction Co., Inc.**
205 Lexington Avenue, 4th Floor
New York, New York 10016
(212) 679-7007

Hammill, O'Brien, Croutier,
Dempsey & Pender, P.C.
Attorneys for Third-Party Defendant
**South Erie Production Company, Inc.**
6851 Jericho Turnpike, Suite 250
P.O. Box 1306
Syosset, New York 11791
(516) 746-0707

Rende, Ryan & Downes, LLP
Attorneys for Defendant/
Third-Party Plaintiff
**Lochinvar Corporation**
202 Mamaroneck Avenue
White Plains, New York 10601
(914) 681-0444

Abrams Gorelick Friedman & Jacobson, P.C.
Attorneys for Defendant
**Manhattan Mechanical Services, Inc.**
One Battery Park Plaza, 4th Floor
New York, New York 10004

                  SANDY PEÑA

Sworn to before me this
27TH day of August, 2008

NOTARY PUBLIC

BETH REX
Notary Public, State of New York
No. 31-4928883
Qualified in New York County
Commission Expires April 4, 20 10