# ROBINSON & COLE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 8 2008

MICHAEL B. GOLDEN

885 Third Avenue
Suite 2800
New York, NY 10022
Main (212) 451-2900
Fax (212) 451-2999
mgolden@rc.com
Direct (212) 451-2911

September 2, 2008

**SO ORDERED**

*Via Facsimile (212-805-6737)*

The conference is adjourned to
September 30, 2008 at 10:30 a.m.

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SEP 0 3 2008  *George B. Daniels*
**HON. GEORGE B. DANIELS**

Re: **Lexington Insurance Company and Travelers Property Casualty Company
of America as subrogees of Jones Lang LaSalle Management
Services, Inc. v. Lochinvar Corporation, et al.
United States District Court, Southern District of New York
Case No.: 07 Civ. 9737 (GBD)**

Dear Judge Daniels:

  We represent plaintiff and are writing to respectfully request an adjournment of the pre-trial conference, presently scheduled for Wednesday, September 17 at 9:30 a.m.

  The reason for the adjournment is that, at the time the conference was scheduled, I did not realize that I had a quarterly trustee meeting scheduled for the same time, which involves the attendance of approximately 20 people.

  All counsel to this matter consent to our request and advise that they are all available for a conference on Thursday, September 25.

Respectfully submitted

Michael B. Golden

Law Offices
BOSTON
HARTFORD
NEW LONDON
STAMFORD
WHITE PLAINS
NEW YORK CITY
SARASOTA
www.rc.com

MBG:kc

cc: Roland T. Koke, Esq. (via e-mail: rkoke@rrd-law.com)
   Attorney for Lochinvar Corporation

NEWY1-636730-2

Honorable George B. Daniels
September 2, 2008
Page 2


       Beth Rex, Esq. (via e-mail: BRex@frenchrafter.com)
           Attorney for S. DiGiacomo & Son, Inc.
       Richard Koehler, Esq. (via email: rck@hocd.com)
           Attorneys for South Erie Production Company d/b/a Sepco Erie